B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McCoy, Megan E** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Lewis, Dane E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Megan McCoy - Lewis** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-4815** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-9950** |
| Street Address of Debtor (No. and Street, City, and State):<br>**503 Darlene Ln, Unit C**<br>**Glendale Heights, IL**<br>ZIP Code **60139** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**503 Darlene Ln, Unit C**<br>**Glendale Heights, IL**<br>ZIP Code **60139** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11            of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>                   of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,   ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| | **Chapter 11 Debtors** |

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McCoy, Megan E**<br>**Lewis, Dane E** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**12-12488** | Date Filed:<br>**3/28/12** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ David Cutler**               **February 13, 2014**<br>  Signature of Attorney for Debtor(s)          (Date)<br>  **David Cutler** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McCoy, Megan E**<br>**Lewis, Dane E** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Megan E McCoy**
Signature of Debtor  **Megan E McCoy**

X **/s/ Dane E Lewis**
Signature of Joint Debtor **Dane E Lewis**

Telephone Number (If not represented by attorney)

**February 13, 2014**
Date

### Signature of Attorney*

X **/s/ David Cutler**
Signature of Attorney for Debtor(s)

**David Cutler**
Printed Name of Attorney for Debtor(s)

**Cutler & Associates, Ltd**
Firm Name

**4131 Main Street**
**Skokie, IL 60076**

Address

**Email: david@cutlerltd.com**
**847-673-8600  Fax: 847-673-8636**
Telephone Number

**February 13, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Megan E McCoy**
       **Dane E Lewis**                              Case No. _____

                                        Debtor(s)       Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor:    **/s/ Megan E McCoy**
                               **Megan E McCoy**

    Date:    **February 13, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Megan E McCoy**
**Dane E Lewis**
_____      Case No. _____
Debtor(s)                     Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Dane E Lewis**
                        **Dane E Lewis**

Date:   **February 13, 2014**

B6D (Official Form 6D) (12/07)

In re   **Megan E McCoy,**                                                    Case No. _____
        **Dane E Lewis**
                                                                        ,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Megan E McCoy,**                                             Case No. _____
        **Dane E Lewis,**

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

           **1**_____ continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re      **Megan E McCoy,**                                        Case No. _____
           **Dane E Lewis**

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2009, 2010 and 2011 taxes** | | | | | | |
| **Illinois Department of Revenue PO Box 19029 Springfield, IL 62794** | | J | | | | | | **0.00** | |
| | | | | | | | **500.00** | | **500.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **500.00** | **500.00** |
| Total | **0.00** | |
| (Report on Summary of Schedules) | **500.00** | **500.00** |

B6F (Official Form 6F) (12/07)

In re **Megan E McCoy,**
  **Dane E Lewis**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx7281**<br><br>**Addison Police dept.**<br>**c/o Northwest Collectors**<br>**3601 Algonquin Rd**<br>**Rolling Meadows, IL 60008** | | | | | **2008**<br>**PARKING TICKET** | | | | 85.00 |
| Account No. **xxx8492**<br><br>**Adventist Glen Oaks Hospital**<br>**c/o Malcom S. Gerald & Associates**<br>**332 S. Michigan Ave, Ste 600**<br>**Chicago, IL 60604** | | | | | **2013**<br>**medical bills** | | | | 900.00 |
| Account No. **4815**<br><br>**ALU online**<br>**Attn: Bankruptcy Dept.**<br>**231 Martingdale Rd**<br>**Schaumburg, IL 60173** | | | | | **2011**<br>**loan tuition for education** | | | | 850.00 |
| Account No. **multiple**<br><br>**Bank of America**<br>**PO Box 25118**<br>**Tampa, FL 33622-5118** | | | | | **2013**<br>**banking institution** | | | | 1,300.00 |
| __14__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 3,135.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
S/N:29870-140131   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Megan E McCoy,**
    **Dane E Lewis**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4815**<br><br>**Blackhawk Apartments**<br>**c/o Fair Collections & Outsourcing**<br>**12304 Baltimore Ave, Ste E**<br>**Beltsville, MD 20705** | | | 2012<br>rental | | | | 3,421.00 |
| Account No. **xxxxx4815**<br><br>**Blvd Cash**<br>**c/o Potter, Scott & Associates**<br>**5757 Union Rd**<br>**Cheektowaga, NY 14227** | | | 2012<br>online payday loan | | | | 1,145.00 |
| Account No. **xxxxx4815**<br><br>**Brighton FNL LLC**<br>**2180 S 1300 E**<br>**Ste 650**<br>**Salt Lake City, UT 84106** | | | 2012<br>onlie payday loan | | | | 300.00 |
| Account No. **xxxxx4815**<br><br>**Capital One**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | | 2011-2012 | | | | 390.00 |
| Account No. **4815**<br><br>**Centurion Service Corp**<br>**Atrtn: Bankruptcy Dept**<br>**1606 W. Colonial Pkwy**<br>**Inverness, IL 60067** | | | 2009<br>real estate | | | | 200.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,456.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re　**Megan E McCoy,**
　　　**Dane E Lewis**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4815**<br><br>**City of Chicago**<br>**c/o Harris & Harris LTD**<br>**111 w. Jackson Blvd, Ste 400**<br>**Chicago, IL 60604** | | | **2006**<br>**parking tickets** | | | | 216.00 |
| Account No. **xxxxx4815**<br><br>**Comcast**<br>**c/o Focus Receivable**<br>**1130 Northchase Pkwy SE**<br>**Marietta, GA 30067** | | | **2013**<br>**utility** | | | | 180.00 |
| Account No. **xxxxx4815**<br><br>**Comcast**<br>**c/o Stellar Recovery Inc**<br>**4500 salisbury Rd**<br>**Jacksonville, FL 32216** | | | **2009**<br>**utility** | | | | 640.00 |
| Account No.<br><br>**Comcast**<br>**c/o Stellar Recovery**<br>**PO Box 1234**<br>**Fort Mill, NC 29716** | | | **utility** | | | | 420.00 |
| Account No. **xxx1404**<br><br>**Commonwealth Edison**<br>**c/o Torres Credit Service**<br>**27 Fairview St., Ste 301**<br>**Carlisle, PA 17015** | | | **2011**<br>**utility** | | | | 150.00 |

Sheet no. __**2**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,606.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Megan E McCoy,**
    **Dane E Lewis**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dependon Collection Service**<br>**120 W. 22nd St., Ste 360**<br>**Oakbrook, IL 60523** | | | **unknown** | | | | 516.00 |
| Account No. **xxxx1237**<br><br>**Dupage County Clerk**<br>**c/o Allianceone Inc**<br>**6565 Kimball Dr.**<br>**Gig Harbor, WA 98335** | | | **2009**<br>**parking tickets** | | | | 358.00 |
| Account No. **xxxx6532**<br><br>**Dupage County Clerk**<br>**c/o Allianceone Inc**<br>**6565 Kimball Dr.**<br>**Gig Harbor, WA 98335** | | | **2010-2011**<br>**parking tickets** | | | | 215.00 |
| Account No. **xxxx1796**<br><br>**Dupage County Clerk**<br>**c/o Allianceone Inc**<br>**6565 Kimball Dr.**<br>**Gig Harbor, WA 98335** | | | **2011-2011**<br>**parking tickets** | | | | 436.00 |
| Account No. **xxxxxxxxx1690**<br><br>**Dupage County Clerk**<br>**421 N. County Farm Road**<br>**Wheaton, IL 60187** | | | **2007**<br>**GOV'T FINE** | | | | 291.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,816.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Megan E McCoy,**                                          Case No. _____
       **Dane E Lewis**

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3985**<br><br>**Dupage County Clerk**<br>**421 N. County Farm Road**<br>**Wheaton, IL 60187** | | | 2008<br>gov't fine | | | | 291.00 |
| Account No. **xxxxxxxx3485**<br><br>**Dupage County Clerk**<br>**421 N. County Farm Road**<br>**Wheaton, IL 60187** | | | 2010<br>gov't fine | | | | 415.00 |
| Account No. **xxxxxxx2362**<br><br>**Dupage County Clerk**<br>**421 N. County Farm Road**<br>**Wheaton, IL 60187** | | | 2010<br>gov't fine | | | | 205.00 |
| Account No. **1317**<br><br>**Enhanced Recovery**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | | 2008 | | | | 543.00 |
| Account No.<br><br>**Express**<br>**c/o Comenity Bank/Express**<br>**PO Box 182273**<br>**Columbus, OH 04321** | | | | | | | 170.00 |

| | | |
|---|---|---|
| Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,624.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Megan E McCoy,**
**Dane E Lewis**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Express** <br>**c/o Amsher Collection Agency** <br>**600 beacon pkwy, Ste 300** <br>**Birmingham, AL 35209** | | | | | | | 268.00 |
| Account No. <br><br>**Express World** <br>**c/o Asset Acceptance** <br>**PO Box 1630** <br>**Warren, MI 48090** | | | retail credit card | | | | 269.00 |
| Account No. **xxx6677** <br><br>**FedChex** <br>**c/o Goodwill** <br>**PO BOX 18978** <br>**Irvine, CA 92623** | | | **2013** <br>**retailer** | | | | 53.68 |
| Account No. **xxxxxx0356** <br><br>**Fifth Third Bank** <br>**c/o Stellar Recovery Inc** <br>**1327 Highway 2 West** <br>**Kalispell, MT 59901** | | | **2013** <br>**banking institution** | | | | 731.45 |
| Account No. **xxxxxx0356** <br><br>**Fifth Third Bank** <br>**c/o Stellar Recovery** <br>**PO Box 1234** <br>**Fort Mill, SC 29716** | | | **7/5/1905** <br>**banking institution** | | | | 731.45 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,053.58 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Megan E McCoy,**
       **Dane E Lewis**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Heritage Acceptance Corp<br>Bankruptcy dept<br>118 South Second St/<br>Elkhart, IN 46516** | | | 2010<br>car loan | | | | 3,500.00 |
| Account No. **x.x9E+15**<br><br>**HSBC<br>Bankruptcy Department<br>PO Box 5253<br>Carol Stream, IL 60197** | | | 2009<br>credit card | | | | 908.00 |
| Account No.<br><br>**Hydra Fund<br>360 Pinewood Drive<br>Longmeadow, MA 01106** | | | 2013<br>online payday loan | | | | 300.00 |
| Account No. **xxx-xx-4815**<br><br>**Illinois Depart of Revenue<br>Bankruptcy Dept.<br>PO Box 19035<br>Springfield, IL 62794-9035** | | | 2011<br>state income taxes | | X | | 326.00 |
| Account No. **xxx-xx-4815**<br><br>**Illinois Depart of Revenue<br>Bankruptcy Dept.<br>PO Box 19035<br>Springfield, IL 62794-9035** | | | 2010<br>state income taxes | | X | | 530.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,564.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Megan E McCoy,**
      **Dane E Lewis**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-4815**<br><br>**Illinois Depart of Revenue**<br>**Bankruptcy Dept.**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | | | **2009**<br>**state income taxes** | | X | | 245.00 |
| Account No. **xxxx9661**<br><br>**Illinois State Tollway**<br>**C/o NCO Financial**<br>**600 Holiday Plaza Drive, Ste 300**<br>**Matteson, IL 60443** | | | **2012-2013**<br>**state toll?** | | | | 283.00 |
| Account No. **4815**<br><br>**International Cash Advance**<br>**Attn Bankruptcy Dept.**<br>**PO Box 7294**<br>**Wilmington, DE 00018-9013** | | | **2011**<br>**PAYDAY LOAN** | | | | 252.00 |
| Account No. **xxxxxxx8001**<br><br>**Jones International University**<br>**C/o I C System Inc**<br>**PO Box 64378**<br>**St. Paul, MN 55164** | | | **2011**<br>**educational institution** | | | | 1,252.00 |
| Account No. **xxxxx4815**<br><br>**Kindercare/Knowledge Universe**<br>**C/o IC System Inc**<br>**PO Box 64378**<br>**St. Paul, MN 55164** | | | **2009**<br>**childcare** | | | | 653.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,685.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Megan E McCoy,**
     **Dane E Lewis**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx4815** <br><br> **Lakota Cash** <br> **c/o/ Payday Financial** <br> **612 E. Street** <br> **Timber Lake, SD 57656** | | | | **2012** <br> **online payday loan** | | | | **300.00** |
| Account No. **xx8185** <br><br> **Lasalle Bank** <br> **c/o American Collections** <br> **919 Estes Ct** <br> **Schaumburg, IL 60193** | | | | **2006-2008** <br> **banking institution** | | | | **25.00** |
| Account No. **xxxxx4815** <br><br> **Laura Almassan** <br> **168 Villa Street** <br> **Elgin, IL 60120** | | | | **2012** <br> **rental** | | | | **1,100.00** |
| Account No. **xx7783** <br><br> **Lou Harris Company** <br> **attn: bankruptcy dept** <br> **613 Academy Dr** <br> **Northbrook, IL 60062** | | | | **2007-2008** <br> **medical bills** | | | | **97.00** |
| Account No. **x.x8E+11** <br><br> **Macy's** <br> **attn: bankruptcy dept.** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | | | | **2010** <br> **retail credit card** | | | | **62.00** |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,584.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Megan E McCoy,**
     **Dane E Lewis**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2094**<br><br>**MCSI INC**<br>**PO BOX 327**<br>**Palos Heightd, IL 60463** | | | 2013 | | | | 85.00 |
| Account No. **xxxxxxxx1001**<br><br>**MCSI INC**<br>**PO BOX 327**<br>**Palos Heightd, IL 60463** | | | 2011 | | | | 200.00 |
| Account No. **xxxxxxxxx1056**<br><br>**MCSI INC**<br>**PO BOX 327**<br>**Palos Heightd, IL 60463** | | | 2008 | | | | 200.00 |
| Account No. **x9074**<br><br>**Medical Business Bureau**<br>**1460 Renaissance Dr.**<br>**Ste 400**<br>**Park Ridge, IL 60068** | | | medical bills | | | | 302.00 |
| Account No. **xxxxxx1506**<br><br>**Medical Business Bureau**<br>**1460 Renaissance Dr.**<br>**Ste 400**<br>**Park Ridge, IL 60068** | | | 2010-2011<br>medical bills | | | | 525.00 |

Sheet no. __9__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,312.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Megan E McCoy,**
     **Dane E Lewis**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Merchant's Credit Guide**<br>**223 West Jackson Blvd., Ste 700**<br>**Chicago, IL 60606** | | | medical bills | | | | 882.00 |
| Account No. **(sold to Cavalry Portfolio)** <br><br>**Navy Federal**<br>**PO Box 3700**<br>**Merrifield, VA 22119** | | | auto loans | | | | 8,199.00 |
| Account No. **(Sold to CavalryPortfolio_** <br><br>**Navy Federal**<br>**PO Box 3700**<br>**Merrifield, VA 22119** | | | auto loans | | | | 7,500.00 |
| Account No. <br><br>**Navy Federal Credit Union**<br>**c/o Cavalry Portfolio Services**<br>**500 Summit Lake Drive. Ste 400**<br>**Vallahall, NY 10595** | | | 2006<br>credit union | | | | 4,618.30 |
| Account No. <br><br>**Navy Federal Credit Union c/o Cavalary**<br>**c/o Glass Mountain Capital**<br>**1930 Thoreau Dr., Ste 100**<br>**Schaumburg, IL 60173** | | | 2006<br>creditunion | | | | 10,605.39 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,804.69

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Megan E McCoy,**                                    Case No. _____
    **Dane E Lewis**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxx4815** | | **unknown** | | | | | | | |
| **NCO Financial Systems** **600 Holiday Plaza Drive, Ste 300** **Matteson, IL 60443** | | | | | | | | | 840.00 |
| Account No. **xxxxx4815** | | **2011** **rental** | | | | | | | |
| **Noble Equities** **P.O. Box 793** **Glenview, IL 60025-0793** | | | | | | | | | 1,300.00 |
| Account No. **xxx4894** | | **2008** | | | | | | | |
| **Northwest Collectors** **3601 Algonquin Rd** **Ste 23** **Rolling Meadows, IL 60008** | | | | | | | | | 85.00 |
| Account No. **4815** | | **2011** | | | | | | | |
| **Payday loan Yes** **attn: bankruptcy dept** **1609 n. Latrobe Ave** **Chicago, IL 60639** | | | | | | | | | 548.00 |
| Account No. **xxxx1246** | | **2008** **rental** | | | | | | | |
| **PCRM/YORKBROOK Apts** **c/o Jay Levy & Associates** **155 Revere Dr.** **Northbrook, IL 60062** | | | | | | | | | 4,142.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of                     Subtotal                    6,915.00
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Megan E McCoy,**
**Dane E Lewis**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. x.x1E+22<br><br>**Sallie Mae**<br>**Attn: Bankruptcy Dept**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | | | | **2006-2012**<br>**student loans** | | | | **21,919.00** |
| Account No. xxxx1986<br><br>**Sprint PCS**<br>**c/o Cavalry Portfolio Service**<br>**7 Skyline Dr**<br>**Hawthorne, NY 10532** | | | | | **2008**<br>**utility** | | | | **89.00** |
| Account No. xxxxx0646<br><br>**Sprint PCS**<br>**c/o NCO Financial**<br>**PO Box 15636**<br>**Wilmington, DE 19850** | | | | | **2011-2012**<br>**utility** | | | | **235.00** |
| Account No. xxxxx4815<br><br>**State Collection Service**<br>**Attn: Bankruptcy Department**<br>**2509 Stoughton Rd**<br>**Madison, WI 53716** | | | | | **2007-2011**<br>**medical bills** | | | | **269.00** |
| Account No. xxxxx4815<br><br>**Sterling Uni**<br>**P.O. BOX 300639**<br>**Fern Park, FL 32730** | | | | | **unknown** | | | | **335.00** |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,847.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Megan E McCoy,**
**Dane E Lewis**                                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**T-mobile**<br>**c/o Midland Funding**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | | | | | | | **1,199.00** |
| Account No.<br><br>**T-Mobile**<br>**c/o Amsher Collection Agency**<br>**600 beacon pkwy, Ste 300**<br>**Birmingham, AL 35209** | | | | utility | | | | **1,198.00** |
| Account No. **xxxx5844**<br><br>**Target Corporation**<br>**PO BOX 038994**<br>**Tuscaloosa, AL 35403-8994** | | | | **2013**<br>**retailer** | | | | **82.46** |
| Account No. **xxxxx4815**<br><br>**Title Max**<br>**15 Bull St.**<br>**Ste 200**<br>**Savannah, GA 31401** | | | | **2013**<br>**title loan (no longer have vehicle)** | | | | **510.00** |
| Account No. **xxxx2963**<br><br>**Unique National Collection**<br>**119 E. Maple St**<br>**Jeffersonville, IN 47130** | | | | **library fines** | | | | **104.00** |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **3,093.46**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Megan E McCoy,**
        **Dane E Lewis**                                          Case No. _____

                                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5303**<br><br>**Unique National Collection**<br>**119 E. Maple St**<br>**Jeffersonville, IN 47130** | | | | | | | 51.00 |
| Account No. **xxxxx4815**<br><br>**US Cellular**<br>**c/o Debt Recovery Solutions**<br>**900 Merchants Concourse**<br>**Westbury, NY 11590** | | | 2009<br>utility | | | | 362.00 |
| Account No. **xxxxxxxxx-x0001**<br><br>**Verizon Wireless**<br>**Bankruptcy Administration**<br>**500 Technology Dr, Ste 550**<br>**Weldon Spring, MO 63304** | | | 2013<br>utility | | | | 447.74 |
| Account No. **xxxx1533**<br><br>**Wide Open West**<br>**7887 East Bellewiew Avenue**<br>**Ste 1000**<br>**Englewood, CO 80111** | | | 2008<br>utility | | | | 700.00 |
| Account No. | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
             (Total of this page)      **1,560.74**

                                Total
(Report on Summary of Schedules)      **93,056.47**

# United States Bankruptcy Court
## Northern District of Illinois

In re **Megan E McCoy**
**Dane E Lewis**

Case No.

Debtor(s)

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,700.00 |
| Prior to the filing of this statement I have received | $ | 200.00 |
| Balance Due | $ | 1,500.00 |

2.  $ **306.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 13, 2014**

**/s/ David Cutler**
**David Cutler**
**Cutler & Associates, Ltd**
**4131 Main Street**
**Skokie, IL 60076**
**847-673-8600  Fax: 847-673-8636**
**david@cutlerltd.com**

---

Addison Police dept.
c/o Northwest Collectors
3601 Algonquin Rd
Rolling Meadows, IL 60008


Adventist Glen Oaks Hospital
c/o Malcom S. Gerald & Associates
332 S. Michigan Ave, Ste 600
Chicago, IL 60604


ALU online
Attn: Bankruptcy Dept.
231 Martingdale Rd
Schaumburg, IL 60173


Bank of America
PO Box 25118
Tampa, FL 33622-5118


Blackhawk Apartments
c/o Fair Collections & Outsourcing
12304 Baltimore Ave, Ste E
Beltsville, MD 20705


Blvd Cash
c/o Potter, Scott & Associates
5757 Union Rd
Cheektowaga, NY 14227


Brighton FNL LLC
2180 S 1300 E
Ste 650
Salt Lake City, UT 84106


Capital One
Attn: Bankruptcy Dept.
PO Box 85520
Richmond, VA 23285


Centurion Service Corp
Atrtn: Bankruptcy Dept
1606 W. Colonial Pkwy
Inverness, IL 60067

City of Chicago
c/o Harris & Harris LTD
111 w. Jackson Blvd, Ste 400
Chicago, IL 60604


Comcast
c/o Focus Receivable
1130 Northchase Pkwy SE
Marietta, GA 30067


Comcast
c/o Stellar Recovery Inc
4500 salisbury Rd
Jacksonville, FL 32216


Comcast
c/o Stellar Recovery
PO Box 1234
Fort Mill, NC 29716


Commonwealth Edison
c/o Torres Credit Service
27 Fairview St., Ste 301
Carlisle, PA 17015


Dependon Collection Service
120 W. 22nd St., Ste 360
Oakbrook, IL 60523


Dupage County Clerk
c/o Allianceone Inc
6565 Kimball Dr.
Gig Harbor, WA 98335


Dupage County Clerk
421 N. County Farm Road
Wheaton, IL 60187


Elizabeth Graham
101 50th Ave
Bellwood, IL 60104


Enhanced Recovery
8014 Bayberry Rd
Jacksonville, FL 32256

Express
c/o Comenity Bank/Express
PO Box 182273
Columbus, OH 04321


Express
c/o Amsher Collection Agency
600 beacon pkwy, Ste 300
Birmingham, AL 35209


Express World
c/o Asset Acceptance
PO Box 1630
Warren, MI 48090


FedChex
c/o Goodwill
PO BOX 18978
Irvine, CA 92623


Fifth Third Bank
c/o Stellar Recovery Inc
1327 Highway 2 West
Kalispell, MT 59901


Fifth Third Bank
c/o Stellar Recovery
PO Box 1234
Fort Mill, SC 29716


Heritage Acceptance Corp
Bankruptcy dept
118 South Second St/
Elkhart, IN 46516


HSBC
Bankruptcy Department
PO Box 5253
Carol Stream, IL 60197


Hydra Fund
360 Pinewood Drive
Longmeadow, MA 01106

Illinois Depart of Revenue
Bankruptcy Dept.
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
PO Box 19029
Springfield, IL 62794


Illinois State Tollway
C/o NCO Financial
600 Holiday Plaza Drive, Ste 300
Matteson, IL 60443


International Cash Advance
Attn Bankruptcy Dept.
PO Box 7294
Wilmington, DE 00018-9013


Jones International University
C/o I C System Inc
PO Box 64378
St. Paul, MN 55164


Kindercare/Knowledge Universe
C/O IC System Inc
PO Box 64378
St. Paul, MN 55164


Lakota Cash
c/o/ Payday Financial
612 E. Street
Timber Lake, SD 57656


Lasalle Bank
c/o American Collections
919 Estes Ct
Schaumburg, IL 60193


Laura Almassan
168 Villa Street
Elgin, IL 60120

Lou Harris Company
attn: bankruptcy dept
613 Academy Dr
Northbrook, IL 60062


Macy's
attn: bankruptcy dept.
9111 Duke Blvd
Mason, OH 45040


MCSI INC
PO BOX 327
Palos Heightd, IL 60463


Medical Business Bureau
1460 Renaissance Dr.
Ste 400
Park Ridge, IL 60068


Merchant's Credit Guide
223 West Jackson Blvd., Ste 700
Chicago, IL 60606


Navy Federal
PO Box 3700
Merrifield, VA 22119


Navy Federal Credit Union
c/o Cavalry Portfolio Services
500 Summit Lake Drive. Ste 400
Vallahall, NY 10595


Navy Federal Credit Union c/o Cavalary
c/o Glass Mountain Capital
1930 Thoreau Dr., Ste 100
Schaumburg, IL 60173


NCO Financial Systems
600 Holiday Plaza Drive, Ste 300
Matteson, IL 60443


Noble Equities
P.O. Box 793
Glenview, IL 60025-0793

Northwest Collectors
3601 Algonquin Rd
Ste 23
Rolling Meadows, IL 60008


Payday loan Yes
attn: bankruptcy dept
1609 n. Latrobe Ave
Chicago, IL 60639


PCRM/YORKBROOK Apts
c/o Jay Levy & Associates
155 Revere Dr.
Northbrook, IL 60062


Sallie Mae
Attn: Bankruptcy Dept
PO Box 9500
Wilkes-Barre, PA 18773


Sprint PCS
c/o Cavalry Portfolio Service
7 Skyline Dr
Hawthorne, NY 10532


Sprint PCS
c/o NCO Financial
PO Box 15636
Wilmington, DE 19850


State Collection Service
Attn: Bankruptcy Department
2509 Stoughton Rd
Madison, WI 53716


Sterling Uni
P.O. BOX 300639
Fern Park, FL 32730


T-mobile
c/o Midland Funding
8875 Aero Drive, Ste 200
San Diego, CA 92123

```
T-Mobile
c/o Amsher Collection Agency
600 beacon pkwy, Ste 300
Birmingham, AL 35209


Target Corporation
PO BOX 038994
Tuscaloosa, AL 35403-8994


Title Max
15 Bull St.
Ste 200
Savannah, GA 31401


Unique National Collection
119 E. Maple St
Jeffersonville, IN 47130


US Cellular
c/o Debt Recovery Solutions
900 Merchants Concourse
Westbury, NY 11590


Verizon Wireless
Bankruptcy Administration
500 Technology Dr, Ste 550
Weldon Spring, MO 63304


Wide Open West
7887 East Bellewiew Avenue
Ste 1000
Englewood, CO 80111
```